OLIVER J. WRIGHT

v.

ERASTUS E. FREEMAN.

*Contracts.*

In a controversy arising out of a contract touching the unloading of stone from freight cars, this court, in view of the evidence, arrives at

substantially the same judgment as the trial court and declines to interfere therewith.

[Opinion filed November 17, 1892.]

APPEAL from the Superior Court of Cook County; the Hon. JONAS HUTCHINSON, Judge, presiding.

Messrs. HIRAM H. CODY & SONS and WALPOLE WOOD, for appellant.

Mr. JOHN C. PATTERSON, for appellee.

MR. JUSTICE WATERMAN. This was an action of assumpsit tried by a judge of the Superior Court without the intervention of a jury. No propositions of law were submitted, and the contention here is that the finding was not warranted by the evidence.

We see no sufficient reason for interfering with the conclusions of the court in this regard; nor do we think that the controversy was one as to which the parties should have been remitted to a court of chancery.

Appellant insists that it is impossible to arrive from the evidence at the sum found by the court. We do not know upon what theory the court proceeded, but a fair statement of the evidence as to appellee's claim would seem to be:

$\frac{1}{2}$ of 645 cars at 50 cents each ............ $161 25
$\frac{1}{2}$ of 75 cars at $4.00 each ................ 150 00
$\frac{1}{2}$ of extra work ...................... 10 00
                                            _____
                                            $321 25

Deduct one-half of $35 for extra help. ............. $17 50
Deduct for board ................................. 9 00
                                            _____
                                            $26 50

$321 25
  26 50
_____
$294 75

The finding was for $295.25. *De minimis non curat lex.* The judgment of the Superior Court is affirmed.

*Judgment affirmed.*